UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID MLEZIVA,

        Plaintiff,

v.                                                   Case No. 05-C-1209

JO ANN BARNHART,

        Defendant.

**ORDER**

Plaintiff has filed a social security action and has also filed a motion for leave to proceed in forma pauperis. From these filings, it is evident that Mr. Mleziva is indigent. *See* 28 U.S.C. § 1915. He indicates that he has little income or assets and also has significant debts.

Accordingly, **IT IS HEREBY ORDERED** that the motion to proceed in forma pauperis is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk shall serve a copy of the complaint and this order on the Commissioner of Social Security. Plaintiff must provide defendants or their counsel with copies of all future motions or papers filed by the plaintiff in this action.

Dated this   21st   day of November, 2005.

                                                   s/ William C. Griesbach
                                                 William C. Griesbach
                                               United States District Judge